## HENRY A. KINNECOM *vs.* ASA WATERMAN.

When in trespass *quare clausum* the plaintiff's title is disputed under the general issue, execution, after verdict for the plaintiff, will not issue against the defendant's body.

TRESPASS *quare clausum.* Plea, the general issue, "Not guilty." At the trial evidence was submitted for the defendant which disputed the plaintiff's title. After verdict for plaintiff, his counsel asked for an execution against the defendant's body.

*July* 28, 1877. PER CURIAM (Durfee, C. J., Potter, and Matteson, JJ.). The execution will issue against the goods and chattels and real estate only of the defendant, not against his person, as the provisions of Gen. Stat. R. I. cap. 211, § 14, do not require a claim of title to be specially or formally pleaded.

*Browne & Van Slyck*, for plaintiff.

*Francis Colwell & William H. Greene*, for defendant.